UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Criminal No. 1:19-cr-10279-IT |
| CURLEY KELLY, | * | |
| | * | |
| Defendant. | * | |

ORDER
March 30, 2020

TALWANI, D.J.

The court ALLOWS the Assented to Motion to Amend Protective Order [77] and amends the protective order in this matter as follows:

1. Defense counsel may provide copies of the print discovery to the defendant. Defense counsel shall print all such discovery at his office, and each page shall include a watermark stating "Subject to a Protective Order: Do Not Duplicate or Distribute."

2. The defendant shall be prohibited from duplicating any discovery and the defendant shall also be prohibited from disclosing the discovery to any other person.

3. Defense counsel may also provide copies to the defendant of the audio and video files contained in the discovery provided by the government. Defendant shall be prohibited from disclosing the audio and video discovery to any other person.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge